**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────────

**No. 21-2304**

─────────────

HARRY HILL,

          Plaintiff - Appellant,

    v.

B. FRANK JOY, L.L.C.,

          Defendant - Appellee.

─────────────

Appeal from the United States District Court for the District of Maryland, at Greenbelt. Theodore D. Chuang, District Judge.  (8:16-cv-01707-TDC; 8:15-cv-01123-TDC)

─────────────

Submitted:  June 15, 2023　　　　　　　　　　　Decided:  June 20, 2023

─────────────

Before DIAZ, RICHARDSON, and HEYTENS, Circuit Judges.

─────────────

Affirmed by unpublished per curiam opinion.

─────────────

Harry Hill, Appellant Pro Se.  Maurice Baskin, Brandon Robert Mita, LITTLER MENDELSON PC, Washington, D.C., for Appellee.

─────────────

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Harry Hill appeals the district court's order granting Appellee's motion for sanctions and dismissing Hill's complaints pursuant to Fed. R. Civ. P. 37(b)(2)(A)(v).  We have reviewed the record and conclude that the district court did not abuse its discretion in dismissing the actions.  *See Nat'l Hockey League v. Metro. Hockey Club*, 427 U.S. 639, 642 (1976) (providing standard).  Accordingly, we affirm the district court's order.  *Hill v. B. Frank Joy, L.L.C.*, Nos.  8:16-cv-01707-TDC;  8:15-cv-01123-TDC  (D.  Md. Nov. 8, 2021).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*